# EXHIBIT A



# EXHIBIT B











# EXHIBIT C









BRENDA GEIGER

ken_clubbabes • Follow
Fulton County, Georgia



ken_clubbabes 2 dollar Tuesday , all domestic beers are $2 and We have $3 call liquor come out and drink with us, each and every Tuesday #special #crazy #fun #bar #sexyladies #workhardplayharder #clubbabes #takeover #goingdown #atlantagg #followme #westside #clubbabesatl #tuesday #bartender #me #virgo #allday #good #2018 #2dollar #hotteegirls #shots

24 likes

JANUARY 30

Add a comment...



BRENDA GEIGER

# EXHIBIT D



# EXHIBIT E



EMILY SEARS







# EXHIBIT F

# EXHIBIT G



# EXHIBIT H

